UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Second Baptist Church, | § § | |
| Plaintiff, | § | NO: SA:20-CV-00029-DAE |
| vs. | § § | |
| City of San Antonio, | § § | |
| Defendant. | § § | |

## ORDER GRANTING PLAINTIFF'S MOTION AND ORDER RESETTING PRELIMINARY INJUNCTION HEARING

Before the Court is PLAINTIFF'S MOTION FOR AN EXPEDITED HEARING FOR ITS MOTION FOR PRELIMINARY INJUNCTION (dkt no. 12). The Court finds the motion (Dkt no. 12) to be well taken and is **GRANTED**.

It is hereby **ORDERED** that the above entitled and numbered case is reset for a hearing regarding the pending MOTION for Preliminary Injunction (Dkt no. 3) before Senior U.S. District Judge David A. Ezra in Courtroom 5, on the Third Floor of the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX, on **Tuesday, February 18, 2020 at 01:30 PM**.

The Defendant's response to the referenced pending motion is due **Thursday, January 30, 2020** by the close of business day. The Plaintiff's reply to

the Defendant's response is due **Thursday, February 6, 2020** by the close of business day.

    IT IS SO ORDERED.

    DATED: San Antonio, Texas January 21, 2020.

                                         DAVID A. EZRA
                                         SENIOR U.S. DISTRICT JUDGE